## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:25-cv-03923-CNS-CYC

TANYA DICK-STOCK and DARRIN
STOCK,

      Plaintiffs,

vs.

BARCLAYS PLC; BARCLAYS BANK PLC;
BARCLAYS TRUST INTERNATIONAL; HSBC
HOLDINGS PLC; HSBC BANK PLC;
HSBC BANK USA, NATIONAL ASSOCIATION;
ZEDRA TRUST COMPANY (JERSEY) LIMITED;
and ZEDRA HOLDINGS (US) INC.

      Defendants.

---

## JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO SECOND AMENDED COMPLAINT AND ASSOCIATED DEADLINES

---

Defendants that have appeared in this action, "Barclays Trust International" ("BTI");

Barclays Bank PLC; HSBC Holdings PLC; HSBC Bank USA, National Association; and

Zedra Holdings (US) Inc. ("Defendants"), jointly with Plaintiffs Tanya Dick-Stock and

Darrin Stock, by and through their respective counsel, move this Court for the following

extensions of time and page limits and other relief associated with the filing of the

proposed Second Amended Complaint ("SAC"). In support, the parties state as follows:

## CERTIFICATE OF CONFERRAL

Pursuant to D.C.COLO.L.CivR 7.1(a), all counsel have conferred and agree to the requests in this Motion.

## MOTION

1.     On December 5, 2025, Plaintiffs filed their initial Complaint in this Court. ECF No. 1. Defendants subsequently moved for unopposed extensions of time in which to respond to the Complaint, to and including May 13, 2026. ECF Nos. 37, 46, 49, 73, 77. The Court granted those requested extensions. ECF Nos. 39, 50, 51, 78, 83.

2.     On April 16, 2026, Plaintiffs filed a First Amended Complaint ("FAC"). ECF No. 84.

3.     Collectively, Defendants jointly moved for an extension of time to respond to the FAC, particularly in light of Plaintiffs' representation that they intended to file a Second Amended Complaint.  ECF No. 97. The Court granted Defendants' motion and extended the deadline for responding to "the operative complaint" to August 13, 2026, with leave to "move for a further extension of time if additional good cause is shown." ECF No. 99.

4.     On May 28, 2026, the Parties filed the Joint Motion to Continue the Rule 16 Scheduling Conference and Related Deadlines [ECF No. 101] which the Court entered as a minute order on May 28, 2026.  ECF No. 103. Through that Order, the Court reset the Scheduling Conference to August 18, provided Plaintiffs with a process to file a Motion for Leave to Amend the then operative First Amended Complaint,

provided Defendants with a June 30, 2026 deadline to file responses in opposition to the Motion to Amend (or, alternatively, to consent to the filing of a Second Amended Complaint) and modified other deadlines.

5.      On June 4, 2026, Plaintiffs filed their Motion for Leave to file the Second Amended Complaint ("Motion for Leave to Amend"), which attached their proposed Second Amended Complaint ("SAC"). The proposed SAC is substantially longer than the FAC, adds several new causes of action, numerous new allegations and attaches 80 exhibits. *Compare* ECF No. 90-1, *with* ECF No. 106-2.

6.      On June 29, 2026, Defendants jointly moved for an unopposed extension of time, to July 7, 2026, by which to respond to the Motion for Leave to Amend. ECF. No. 108. The Court granted Defendants' motion on June 30, 2026. ECF No. 110.

7.      While Defendants expressly reserve and do not waive any defenses to the SAC, including without limitation this Court's lack of personal jurisdiction over one or more Defendants, one or more Plaintiff's lack of standing, improper venue, *forum non conveniens*, and/or failure to state a claim upon which relief can be granted, Defendants do not oppose Plaintiffs' Motion for Leave to Amend the operative complaint.[1]

---

[1]Following a Court order granting the unopposed Motion to Amend, Plaintiffs' will file the SAC as a separate new filing (rather than as an exhibit to the Motion to Amend), and that the SAC to be filed will differ from that submitted as an exhibit to the Motion to Amend only as follows: The SAC to be filed will be in Arial 12 point font (which may impact the format of the document), and the exhibits will be renumbered from 1-80 (which included some sub- numbered exhibits (such as 46A) to 1-84 (with no sub-numbered exhibits).

8.      Because Defendants do not oppose Plaintiffs' Motion for Leave to Amend, and in recognition of the complexity of the issues likely to be raised in Defendants' respective Motions to Dismiss, including issues under the laws of the Isle of Jersey, the parties respectfully jointly move the Court to set the following initial deadlines and page-limit restrictions.

9.      The SAC names two foreign entities as Defendants that had not previously been served with process in this case (Zedra Trust Company (Jersey) Limited (f/k/a Barclaytrust International Limited) and HSBC Bank PLC).

10.     Plaintiffs shall complete service of process of the SAC upon the two Defendants identified in Paragraph 9 no later than 30 days (or court ordered extension thereof) following the entry of a Court order granting this Motion and granting Plaintiffs' Motion for Leave to Amend. Counsel for each of those two Defendants will file their appearances on behalf of their respective clients no later than 14 days after the respective Defendant is served with process.

11.     Provided that Plaintiffs have completed service on the Defendants in accordance with paragraph 10, Defendants' Motions to Dismiss the SAC shall be briefed according to the following schedule, which supersedes any previously established schedule:

a.      All of Defendants' motions to dismiss shall be filed no later than September 17, 2026 subject to Defendants' right to move the Court for an extension pursuant to the applicable rules;

-4-

b.   Plaintiffs' responses to the Motions to Dismiss shall be filed no later than the deadline established by D.C.COLO.L.CivR 7.1(d), subject to Plaintiffs' right to move the Court for an extension pursuant to the applicable rules; and

c.   Defendants' replies in support of their Motions to Dismiss shall be filed no later than the deadline established by D.C.COLO.L.CivR 7.1(d), subject to Defendants' right to move the Court for an extension pursuant to the applicable rules.

12.   The Parties request, to streamline briefing while recognizing the difference in potential arguments and defenses, that each of the three Defendant Groups (specifically, the Barclays Defendant, the HSBC Defendants, and the Zedra Defendant)[2] shall be permitted to file only one combined Motion to Dismiss (for a total of no more than 3 Motions to Dismiss). The Parties request that the Plaintiffs collectively shall be permitted to file only one response to each of the Motions to Dismiss (for a total of no more than 3 Responses).

13.   The page limitations applicable to the Motions to Dismiss, responses, and replies are extended as follows: 25 pages for each motion and response; and 15 pages for each reply.  Exhibits are not included within the page limitations.

---

[2] Under the proposed SAC, the Barclays Defendant is Barclays Bank PLC. The HSBC Defendants are HSBC Bank PLC and HSBC Bank USA, National Association. The Zedra Defendant is Zedra Trust Company (Jersey) Limited (f/k/a Barclaytrust International Limited).

-5-

14.     On or before August 11, 2026, the parties shall jointly file a Motion to Stay Discovery and the Exchange of Initial Disclosures under Rule 26(a)(1)(A) due to threshold issues Defendants plan to raise in their Motions to Dismiss (including the Court's jurisdiction over all Defendants that have appeared in this action, Plaintiffs' standing, Plaintiffs' failure to state a claim, and others).

15.     In light of Defendants' non-opposition to the Motion to Amend, the anticipated Motions to Dismiss, and the forthcoming Motion to Stay Discovery and the Exchange of Initial Disclosures, the Parties request that D.C.COLO.L.CivR 16.1 scheduling conference, currently scheduled for August 18, 2026 (*see* ECF No. 103), be continued, as follows: the conference will be rescheduled after the Court has ruled on the Motions to Dismiss. The Rule 26(f) conference deadline of July 28, 2026 and the August 11, 2026 deadline for submission of the proposed scheduling order shall also be continued pending determination of the Motions to Dismiss.

16.     Nothing in this Order shall be deemed to prevent any of the Parties from bringing any other motion including a motion to seek discovery relating to the Motions to Dismiss prior to the continued D.C.COLO.L.CivR 16.1 scheduling conference.

17.     Pursuant to D.C.COLO.L.CivR 6.1(c), a copy of this Motion is being contemporaneously served by undersigned counsel on their respective clients.

**WHEREFORE**, the parties respectfully request that the Court grant this Motion and accept the parties' proposed deadlines and responsive pleading page-limit extensions.

-6-

Dated July 7, 2026.

Respectfully submitted,


*/s/ Katherine D. Varholak*
Katherine D. Varholak
Kimberly J. Willis
Anya A. Havriliak
HOLLAND & HART, LLP
KDVarholak@hollandhart.com
KJWillis@hollandhart.com
AAHavriliak@hollandhart.com
555 17th Street, Suite 3200
Denver, CO 80202
Telephone: (303) 295-8000

COUNSEL FOR DEFENDANTS
ZEDRA HOLDINGS (US), INC. and
"BARCLAYS TRUST INTERNATIONAL"

/s/ Marc Gottridge
HERBERT SMITH FREEHILLS KRAMER (US) LLP
marc.gottridge@hsfkramer.com
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100

COUNSEL FOR DEFENDANT
ZEDRA HOLDINGS (US), INC.


*/s/ ANGELA TASARI*
Angela Tarasi #45250
KING & SPALDING
ATarasi@kslaw.com
1401 Lawrence Street, Suite 1900
Denver, CO 80202
Telephone: (720) 535-2319

Leigh Nathanson
Brian Donovan


-7-

KING & SPALDING LLP
LNathanson@kslaw.com
BDonovan@kslaw.com
1290 AVENUE OF THE AMERICAS, 14TH FLOOR
NEW YORK, NY 10104
TELEPHONE: (212) 790-5359

COUNSEL FOR DEFENDANTS HSBC BANK
USA, N.A., AND HSBC HOLDINGS PLC

*/s/ Sean M. Topping*
Sean M. Topping
NORTON ROSE FULBRIGHT US LLP
Sean.Topping@nortonrosefulbright.com
1301 Avenue of the Americas
New York, NY 10019
Telephone: (212) 318-3000

Laura Perlov
NORTON ROSE FULBRIGHT US LLP
Laura.Perlov@nortonrosefulbright.com
1225 17th Street, Suite 3050
Denver, CO 80202
Telephone: 303-801-2700

COUNSEL FOR DEFENDANT BARCLAYS
BANK PLC

**EDWARDS KIRBY, LLP**

*/s/ Johnny R. Edwards*
Johnny R. Edwards

3201 Glenwood Avenue
Suite 100
Raleigh, N.C. 27612
Tel: 919-780-5400
jedwards@edwardskirby.com

**PATTESON LLP**

*/s/John Patteson*
John Patteson

-8-

-9-

3900 E. Mexico Ave.
Suite 300
Denver, CO 80113
303-519-0775 jpatteson@pattesonllp.com

**SALIMAN LAW**
*/s/ Mark E. Saliman*
Mark E. Saliman
3900 E. Mexico Ave.
Suite 300
Denver, CO 80210
720-907-7652 mark@salimanlaw.com

COUNSEL FOR PLAINTIFFS TANYA DICK-
STOCK AND DARRIN STOCK

-10-

## <u>CERTIFICATE OF SERVICE</u>

I certify that on July 7, 2026, I have caused to be electronically filed the foregoing with the Clerk of Court using CM/ECF system which will send notification of such filing to all counsel of record.

<u>*/s/ Katherine D. Varholak*</u>
Katherine D. Varholak, Holland & Hart, LLP

-10-