**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| TANYA DICK-STOCK and DARRIN STOCK,<br><br>Plaintiffs,<br><br>v.<br><br>BARCLAYS BANK PLC.; HSBC BANK PLC.; HSBC BANK USA; NATIONAL ASSOCIATION; ZEDRA TRUST COMPANY (JERSEY) LIMITED (F/K/A BARCLAYTRUST INTERNATIONAL LIMITED),<br><br>Defendants. | Case No. 1:25-cv-03923-CNS-CYC |

## ENTRY OF APPEARANCE OF JONATHAN E. TAYLOR

Jonathan E. Taylor, a member in good standing of the bar of this Court, enters his appearance as counsel of record on behalf of the Plaintiffs, Tanya Dick-Stock and Darrin Stock. Mr. Taylor respectfully requests this Court designate him as additional counsel for the plaintiffs and provide him with all notices, orders, correspondence, pleadings, and any other information regarding this case.

Dated: October 22, 2026.

Respectfully submitted,

*/s/ Jonathan E. Taylor*
JONATHAN E. TAYLOR

GUPTA WESSLER LLP
1400 16th Street, NW, Suite 225
Washington, D.C. 20036
Telephone: (202) 888-1741
Facsimile: (202) 888-7792
Email: *jon@guptawessler.com*

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2026, I electronically filed this Entry of Appearance with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record:

STEVE M. DOLLAR
SEAN M. TOPPING
NORTON ROSE FULBRIGHT US LLP
1301 Avenue of the Americas
New York, NY 10019
Telephone: 212-318-3000
Email: *steve.dollar@nortonrosefulbright.com*
*sean.topping@nortonrosefulbright.com*

LAURA PERLOV
WILLIAM J. LEONE
NORTON ROSE FULBRIGHT US LLP
1225 17th Street, Suite 3050
Denver, CO 80202
Telephone: 303-801-2700
Email: *laura.perlov@nortonrosefulbright.com*
*william.leone@nortonrosefulbright.com*

*Attorneys for Defendant Barclays Bank PLC*

KATHERINE D. VARHOLAK
KIMBERLY J. WILLIS
ANYA A. HAVRILIAK
HOLLAND & HART LLP
555 17th Street, Suite 3200
Denver, CO 80202
Telephone: 303-295-8000
Email: *KDVarholak@hollandhart.com*
*KJWillis@hollandhart.com*
*AAHavriliak@hollandhart.com*

MARC J. GOTTRIDGE
HERBERT SMITH FREEHILLS KRAMER (US) LLP
1177 Avenue of the Americas

New York, New York 10036
Telephone: (212) 715-9100
Email: *marc.gottridge@hsfkramer.com*

*Attorneys for Defendant Zedra Trust Company (Jersey) Limited (f/k/a BarclayTrust International Limited)*

ANGELA TARASI
JARED LAX
KING & SPALDING LLP
1401 Lawrence Street, Suite 1900
Denver, CO 80202
Telephone: 720-535-2319
Email: *atarasi@kslaw.com*
*jlax@kslaw.com*

LEIGH NATHANSON
BRIAN DONOVAN
KING & SPALDING LLP
1290 Avenue of the Americas, 14th Floor
New York, NY 10104
Telephone: 212-556-2162
Email: *lnathanson@kslaw.com*
*bdonovan@kslaw.com*

*Attorneys for Defendants HSBC Bank USA, N.A. and HSBC Bank PLC*

/s/ *Jonathan E. Taylor*
Jonathan E. Taylor